Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| JAMES GRIFFITHS<br><br>DONNA GRIFFITHS | ) Chapter 13<br>)<br>) Case No.: 8:09-bk-14958-RK<br>)<br>) **NOTICE OF UNCLAIMED DIVIDEND**<br>) **(Bankruptcy Rule 3010)**<br>)<br>) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301121** in the sum of **$   0.78** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule .  The name and address of the party entitled to said unclaimed dividend is as follows:
   JAMES GRIFFITHS
   1011 ENGLAND STREET #A
   HUNTINGTON BEACH, CA 92685

Date: September 19, 2011          /S/_____
                                  Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0914958 | JAMES & DONNA GRIFFITHS<br>ACCT: | Claim: 00000 | XXX-XX-2563<br>XXX-XX-2304 | 0.78 | 0.00 | 0.78 |
| | | TOTALS | | 0.78 | 0.00 | 0.78 |

JAMES GRIFFITHS
DONNA GRIFFITHS
BALANCE:                    [0.00  13/00000]
SSN: XXX-XX-2563   SSN: XXX-XX-2304
ACCT:                           CASE: 0914958
PRINCIPAL:         0.78   INTEREST:        0.00

---

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

0301121

Aug 22, 2011

VOID 90 DAYS FROM DATE

*********$0.78

PAY   Zero And 78 / 100 Dollars

TO THE ORDER OF   U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301121⑈ ⑆061100790⑆ 000000575186 2⑈

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND – ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE – SEE REVERSE SIDE FOR MORE SAFETY FEATURES.